**Exhibit A to the Complaint**

**Location:** Saddle Brook, NJ

**Total Works Infringed:** 30

**IP Address:** 71.187.158.57

**ISP:** Verizon Fios

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 7A0C0AEDCADAEFB5607A4CE158BF976D37D4CBE2 | 04/17/2019 00:38:53 | Blacked | 04/15/2019 | 05/11/2019 | PA0002173886 |
| 2 | 0337F841CFA3247F1F29D4A4D2230A831D4653FB | 02/25/2019 22:19:09 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 3 | 042F989BADA759BC435F65401EF1D22BACA977AD | 02/12/2019 19:16:33 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |
| 4 | 0583CA1C4072145CCCC6BEAC22DAA306E125D32B | 03/26/2019 21:14:26 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 5 | 11A8FCC8774BBD3FF52733C0AADEE0C0514F6900 | 04/16/2019 21:17:09 | Blacked Raw | 04/12/2019 | 05/11/2019 | PA0002173884 |
| 6 | 1C87841B268422D88C2268C468B9995DCFFCE458 | 02/18/2019 17:22:52 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 7 | 1DFC981807A20F4FC3AE26C5BF273000524DCB97 | 12/20/2018 15:29:33 | Blacked Raw | 12/13/2018 | 02/02/2019 | PA0002154971 |
| 8 | 2944FE890189699C5EED0D07DA9F64572BB14DED | 02/18/2019 14:47:42 | Blacked | 02/13/2019 | 03/11/2019 | PA0002158597 |
| 9 | 3054C593A507D9BE1746BAD469DE0F54405602CC | 10/24/2018 23:13:54 | Blacked | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 10 | 315FBC98FD8F7F4C5540B9E7A0B2C5DBF5397857 | 01/04/2019 21:15:59 | Blacked Raw | 01/02/2019 | 02/02/2019 | PA0002155379 |
| 11 | 3F31920A34DA2F0CA746F80BF7B721D16EF85592 | 03/15/2019 15:19:06 | Blacked | 03/11/2019 | 03/31/2019 | PA0002163979 |
| 12 | 3F7F7710D370E7AC5724AAC1F692709FBC6656AE | 02/03/2019 17:55:05 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 13 | 52A628E69511027723C406D81753E73A16AE03E3 | 02/22/2019 19:23:34 | Blacked Raw | 02/21/2019 | 04/29/2019 | PA0002170356 |
| 14 | 56502222833E23C38737D072A74A9DACD85BFCC5 | 11/09/2018 18:03:38 | Blacked | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 15 | 6FA4566EC402C31050150585E69956DCAAA54528 | 02/27/2019 01:16:01 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 16 | 775414073206140D930AC40906937F884E682B77 | 03/08/2019 01:48:06 | Tushy | 03/07/2019 | 03/31/2019 | PA0002163981 |
| 17 | 815CE21B2D5205ED568784E2AE679CA4F4145010 | 03/03/2019 23:15:52 | Blacked | 03/01/2019 | 03/31/2019 | PA0002163976 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|------|------|-----|------|-----------|------------|--------------|
| 18 | 84FEB874319728389ACFBDD9188FDBF6C57DA75C | 12/29/2018 19:51:01 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 19 | A2AADDBA9FF254421A116F968C6A6519F2B6EC67 | 03/08/2019 01:46:07 | Blacked | 03/06/2019 | 03/31/2019 | PA0002163978 |
| 20 | ACFD047DC236DE0F4EA9A6467EA2B0228A9261A2 | 01/15/2019 21:56:14 | Blacked Raw | 01/12/2019 | 02/02/2019 | PA0002155388 |
| 21 | B37242194742FB53F18FA4B154C8EA09647EC344 | 12/12/2018 00:15:41 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 22 | B96BCDF4558FFA95A926B8F0957D4832CB123808 | 01/11/2019 06:18:55 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 23 | C0D1F674E24C21DE90893C4FA000A01A0082788B | 01/11/2019 06:49:46 | Blacked Raw | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 24 | C84F5D25DCDB120C231A6F8EC68639A2467B513F | 12/20/2018 15:49:16 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 25 | CB8875B3FE338F13D24CAD639D8AD27A31F2C578 | 03/11/2019 01:48:22 | Blacked Raw | 03/08/2019 | 04/29/2019 | PA0002169934 |
| 26 | D0263B78828D41B81E6499B2FD2E5E8D368D2573 | 12/22/2018 01:43:35 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 27 | D46E4EC192DC461B1D58EEC7C3A4CA42311F227F | 01/04/2019 20:26:03 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 28 | D90329548E4E4A42E96AC7F3EF4CDDFF8C2A56ED | 03/19/2019 21:10:14 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 29 | E559D71C632A9FF1C6DE3116D17ACF2199FE11E2 | 11/19/2018 14:46:47 | Blacked | 11/11/2018 | 11/25/2018 | PA0002136642 |
| 30 | F823708E40F8DAAD728E307409CED40982D35919 | 12/11/2018 04:57:42 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |